**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division**

Ventas Realty, Limited Partnership
                              Plaintiff,

v.                                                      Case No.: 1:12–cv–03107
                                                          Honorable Ronald A. Guzman

ALC CVMA, LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 7, 2012:

        MINUTE entry before Honorable Ronald A. Guzman: Motion hearing held on 5/7/2012. Motion by Plaintiff Ventas Realty, Limited Partnership to appoint receiver [13] is taken under advisement. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.