UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VENTAS REALTY, LIMITED PARTNERSHIP, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 12-CV-03107 |
| ALC CVMA, LLC, ALC GGMG, LLC, ALC HTIF, LLC, ALC PEDG, LLC, ALC TPCG, LLC, ALC TISSC, LLC, ALC TSKG, LLC, and ALC WRWG, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, May 15, 2012 at 9:30 a.m., we shall appear before the Honorable Ronald A. Guzman or any judge sitting in his stead, in Courtroom 1219 in the U.S. District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present plaintiff's Motion for Leave to File First Amended Complaint.

Dated: May 10, 2012.

                                                   Respectfully submitted,

                                                   VENTAS REALTY, LIMITED PARTNERSHIP

                                            By:   /s/ Roger H. Stetson
                                                             One of Its Attorneys

Roger H. Stetson
John W. Roberts
Brandon C. Prosansky
Rupa Rajagopalan
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, Illinois  60606
Tel: (312) 984-3100

779756-1

## **CERTIFICATE OF SERVICE**

I, Brandon C. Prosansky, an attorney, hereby certify that on May 10, 2012, service of a copy of the foregoing Notice of Motion and Motion for Leave to File First Amended Complaint was accomplished pursuant to ECF as to Filing Users upon the following:

>Leonard S. Shifflett
>Quarles & Brady LLP
>300 North LaSalle Street
>Suite 4000
>Chicago, Illinois 60654

>/s/ Brandon C. Prosansky
>Brandon C. Prosansky

779756-1