IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS—EASTERN DIVISION

| | |
|---|---|
| VENTAS REALTY, LIMITED PARTNERSHIP,<br><br>    Plaintiff<br><br>v.<br><br>ALC CVMA, LLC, ALC GGMG, LLC ALC HTIF, LLC, ALC PEDG, LLC, ALC TPCG, LLC, ALC TISSC, LLC, ALC TSKG, LLC AND ALC WRWG, LLC,<br><br>    Defendants. | Case No. 12-cv-03107<br><br>Honorable Ronald A. Guzman<br><br>Magistrate Judge Sidney I. Schenkier |

**DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT AND
LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 of the U.S. District Court for the Northern District of Illinois, Defendants, ALC CVMA, LLC, ALC CGMG, LLC, ALC HTIF, LLC, ALC PEDG, LLC, ALC TPCG, LLC, ALC TISSC, LLC, ALC TSKG, LLC, and ALC WRWG, LLC (collectively, the "Defendants"), by and through its undersigned counsel of record, make the following disclosures:

- ALC Operating, LLC is the sole member of each of the Defendants

- Assisted Living Concepts, Inc. is the sole member of ALC Operating, LLC

- The following are publicly held corporations owning 10% or more of the stock of or are entities owning more than 5% of Assisted Living Concepts, Inc.:

    o Morgan Stanley Investment Management, Inc.

    o Piper Jaffray Companies

    o Bandera Partners LLC

    o BlackRock, Inc.

    o Dimensional Fund Advisors LP

2

| | |
|---|---|
| Dated: May 11, 2012 | Respectfully submitted,<br><br>ALC CVMA, LLC, ALC GGMG, LLC, ALC HTIF, LLC, ALC PEDG, LLC, ALC TPCG, LLC, ALC TISSC, LLC, ALC TSKG, LLC and ALC WRWG, LLC<br><br>By: _____/s/ Leonard S. Shifflett_____ |

Leonard S. Shifflett (ARDC No. 2587432)
Leonard.Shifflett@quarles.com
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654
(312) 715-5000 – Telephone
(312) 715-5155 – Facsimile


Also appearing pending admission *pro hac vice*

John A. Rothstein
john.rothstein@quarles.com
QUARLES & BRADY LLP
411 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 277-5351

## CERTIFICATE OF SERVICE

I, Leonard S. Shifflett, an attorney, hereby certify that I caused the foregoing **Defendants' Rule 7.1 Disclosure Statement and Local Rule 3.2 Notification as to Affiliates** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record at his e-mail address on file with the Court:

>Roger H. Stetson
>John W. Roberts
>Brandon Prosansky
>Rupa Rajagopalan
>BARACK FERRAZZANO KIRSCHBAUM
>  & NAGELBERG LLP
>200 West Madison Street, Suite 3900
>Chicago, IL 60606
>(312) 984-3100

Dated: May 11, 2012

>_/s/ Leonard S. Shifflett_
>Leonard S. Shifflett