# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Ventas Realty, Limited Partnership

                                        Plaintiff,

v.                                                                Case No.: 1:12–cv–03107
                                                                      Honorable Ronald A. Guzman

ALC CVMA, LLC, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 14, 2012:

       MINUTE entry before Honorable Ronald A. Guzman: Notice of motion set for 5/15/12 is stricken. Motion by Plaintiff Ventas Realty, Limited Partnership for leave to file First Amended Complaint [23] is granted. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.