THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VENTAS REALTY, LIMITED PARTNERSHIP, | ) ) ) | |
| Plaintiff, | ) ) ) | No.: 12-cv-3107 |
| v. | ) ) | Judge Ronald A. Guzman |
| ALC CVMA, LLC, ALC GGMG, LLC, ALC HTIF, LLC, ALC PEDG, LLC, ALC TPCG, LLC, ALC TISSC, LLC, ALC TSKG, LLC, ALC WRWG, LLC, and ASSISTED LIVING CONCEPTS, INC., | ) ) ) ) ) ) | Magistrate Judge Sidney I. Schenkier |
| Defendants. | | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, May 17, 2012 at 9:30 a.m., we shall appear before the Honorable Ronald A. Guzman or any judge sitting in his stead, in Courtroom 1219 in the U.S. District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present plaintiff's Motion for Expedited Discovery.

Dated: May 15, 2012.

                                        Respectfully submitted,

                                        VENTAS REALTY, LIMITED PARTNERSHIP

                                        By:   /s/ Roger H. Stetson
                                                  One of Its Attorneys

Roger H. Stetson
John W. Roberts
Brandon C. Prosansky
Rupa Rajagopalan
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
Tel: (312) 984-3100

779756-1

**CERTIFICATE OF SERVICE**

    I, Roger Stetson, an attorney, hereby certify that on May 15, 2012, service of a copy of the foregoing Notice of Motion and Motion for Expedited Discovery was accomplished pursuant to ECF as to Filing Users upon the following:

>Leonard S. Shifflett
>Quarles & Brady LLP
>300 North LaSalle Street
>Suite 4000
>Chicago, Illinois 60654

    /s/ Roger Stetson
    Roger Stetson

779756-1