**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

VENTAS REALTY, LIMITED PARTNERSHIP,
v.
ALC CVMA, LLC, ALC GGMC, LLC, ASSISTED LIVING
CONCEPTS, INC., et al.

Case Number: 12-cv-3107

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ALC CVMA, LLC; ALC GGMG, LLC; ALC HTIF, LLC; ALC PEDG, LLC; ALC TPCG, LLC; ALC TISSC, LLC; ALC TSKG, LLC; and ALC WRWG, LLC

| | |
|---|---|
| NAME (Type or print) John A. Rothstein | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ John A. Rothstein | |
| FIRM Quarles & Brady LLP | |
| STREET ADDRESS 411 E. Wisconsin Ave., Suite 2350 | |
| CITY/STATE/ZIP Milwaukee | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) ILND-GB-5737 | TELEPHONE NUMBER (414) 277-5351 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |