IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VENTAS REALTY, LIMITED PARTNERSHIP, | ) ) ) | |
| Plaintiff, | ) ) ) | No. 12-CV-3107 |
| v. | ) ) ) ) | Judge Ronald A. Guzman |
| | ) | Magistrate Judge Sidney I Schenkier |
| ALC CVMA, LLC, ALC GGMG, LLC ALC HTIF, LLC, ALC PEDG, LLC, ALC TPCG, LLC, ALC TISSC, LLC, ALC TSKG, LLC AND ALC WRWG, LLC, and ASSISTED LIVING CONCEPTS, INC. | ) ) ) ) ) | |
| Defendants. | | |

**ALL DEFENDANTS' NOTICE OF MOTION FOR A PROTECTIVE ORDER FROM CERTAIN DISCOVERY**

PLEASE TAKE NOTICE that on Thursday, June 12, 2012, at 9:30 a.m, we shall appear before the Honorable Magistrate Judge Sidney I. Schenkier or any judge sitting in his stead, in his Courtroom in the U.S. District Court, Northern District, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and then and there present all defendants' Motion for a Protective Order from Certain Discovery.

Dated this 5 day of June, 2012.

/s/ John A. Rothstein

John A. Rothstein
QUARLES & BRADY LLP
411 E. Wisconsin Ave.
Milwaukee, WI 53202
414-277-5351
John.Rothstein@quarles.com

Leonard S. Shifflett
ARDC # 2587432
QUARLES & BRADY LLP
300 N. LaSalle St. Suite 4000
Chicago, IL 60654-3406
312-715-5000
Leonard.Schifflett@quarles.com

Attorneys for all Defendants