IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VENTAS REALTY, LIMITED PARTNERSHIP, <br><br> Plaintiff, <br><br> v. <br><br> ALC CVMA, LLC, ALC GGMG, LLC, ALC HTIF, LLC, ALC PEDG, LLC, ALC TPCG, LLC, ALC TISSC, LLC, ALC TSKG, LLC, ALC WRWG, LLC, and ASSISTED LIVING CONCEPTS, INC., <br><br> Defendants. | ) ) ) ) ) No.: 12-cv-3107 ) ) ) Judge Ronald A. Guzman ) ) Magistrate Judge Sidney I. Schenkier ) ) ) ) ) |

## NOTICE OF DEPOSITION OF ASSISTED LIVING CONCEPTS, INC.

Please take notice that Plaintiff Ventas Realty, Limited Partnership ("Ventas") will take the deposition of Defendant Assisted Living Concepts, Inc. ("ALC") at 1:00 p.m. on June 7, 2012 pursuant to Fed. R. Civ. P. 30(b)(6). The deposition will take place at the offices of Quarles & Brady LLP, 411 E. Wisconsin Ave. Milwaukee, WI 53202. Pursuant to Rule 30(b)(6), ALC is required to designate one or more persons who shall testify knowledgeably about the subjects listed on the attached **Exhibit A**. The deposition will be recorded by videotape and/or stenographic means.

Exhibit D

Dated: May 31, 2012                    Respectfully submitted,

                                       VENTAS REALTY, LIMITED PARTNERSHIP

                                       By: _____
                                           One of Its Attorneys

Roger H. Stetson
John W. Roberts
Brandon Prosansky
Rupa Rajagopalan
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
Tel: (312) 984-3100

## EXHIBIT A

## MATTERS FOR WHICH EXAMINATION IS REQUESTED

1. The "possible irregularities" ALC is investigating in connection with the "lease with Ventas" referenced in ALC's May 4, 2012 Form 8-K filing.

2. The subject(s) of the ongoing internal investigation as referenced in ALC's May 14, 2012 Form 8-K filing.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on May 31, 2012, he caused a copy of the foregoing **Notice of Deposition of Assisted Living Concepts, Inc.** to be served on the following via e-mail:

>Leonard S. Shifflett
>Quarles & Brady LLP
>300 North LaSalle Street
>Suite 4000
>Chicago, Illinois 60654

>_____
>Roger H. Stetson