

# United States District Court
# Northern District of Illinois

In the Matter of

Ventas Realty, Limited Partnership

v.

ALC CVMA, LLC, et al

Presiding Magistrate Judge Sidney I. Schenki

Case No. 12-CV-3107

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge Sidney I. Schenkier, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

**Judge Ronald A. Guzman**

Date: Monday, June 04, 2012

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge Sidney I. Schenkier

ENTER

FOR THE EXECUTIVE COMMITTEE

**Chief Judge James F. Holderman**

Dated: Monday, June 04, 2012

District Referral - To Designated Magistrate Judge

## CIVIL PROCEDURES

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- All Discovery Motions

...................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:
All discovery motions are referred to Magistrate Judge Schenkier without authority to change discovery cutoff date.