# EXHIBIT 2

**From:** ROGER STETSON
**Sent:** Friday, June 01, 2012 3:28 PM
**To:** 'john.rothstein@quarles.com'
**Subject:** Re: Meet and confer

Thank you John. 9 am works. Please reiterate our request that ALC produce a privilege log and provide specific citations to Sarbanes Oxley to enhance the productive value of the meeting. Have a nice weekend. Roger

**From:** Rothstein, John A. [mailto:john.rothstein@quarles.com]
**Sent:** Friday, June 01, 2012 03:09 PM
**To:** ROGER STETSON
**Subject:** Meet and confer

Roger,

I've talked to the people who need to give me their input for a meet and confer. They in turn are now touching the bases they need to touch. Monday won't work but Tuesday morning will. I have a meeting starting at noon, so it would be best first thing in the day. Say 9:00 or 10:00 a.m. Does that work for you?

John R

This electronic mail transmission and any attachments are confidential and may be
privileged.
They should be read or retained only by the intended recipient. If you have received
this
transmission in error, please notify the sender immediately and delete the transmission
from
your system. In addition, in order to comply with Treasury Circular 230, we are required
to
inform you that unless we have specifically stated to the contrary in writing, any advice
we
provide in this email or any attachment concerning federal tax issues or submissions is
not
intended or written to be used, and cannot be used, to avoid federal tax penalties.