# EXHIBIT 3

| | |
|---|---|
| **From:** | ROGER STETSON |
| **Sent:** | Thursday, May 31, 2012 5:44 PM |
| **To:** | John.Rothstein@quarles.com |
| **Subject:** | Ventas |

John,

Thank you for calling me regarding ALC's discovery responses and setting up a meet and confer. I am available any time tomorrow to discuss ALC's objections to the discovery responses before 1 pm and then I am available any time after 3 pm (Central). I am also available , any time on Monday. However, the meet and confer is likely going to be of limited productive value because ALC did not produce a privilege log or any citation to the section(s) of Sarbanes Oxley that ALC is relying on to shield production of the requested information. I propose that ALC produce the privilege log and provide specific citations to Sarbanes Oxley tomorrow and then the parties confer on Monday. If ALC is not amenable to producing the log and providing the citations, please let me know what time works for ALC tomorrow.

Thank you.

Roger

---

**From:** Rothstein, John A. [mailto:john.rothstein@quarles.com]
**Sent:** Thursday, May 31, 2012 4:52 PM
**To:** ROGER STETSON
**Subject:** Ventas

Roger,

Tomorrow is the deadline for ALC's discovery responses. But rather than wait, I am serving them now. I am in all day tomorrow.

Regards,

John R

This electronic mail transmission and any attachments are confidential and may be privileged.
They should be read or retained only by the intended recipient. If you have received this
transmission in error, please notify the sender immediately and delete the transmission from
your system. In addition, in order to comply with Treasury Circular 230, we are required to
inform you that unless we have specifically stated to the contrary in writing, any advice we
provide in this email or any attachment concerning federal tax issues or submissions is not
intended or written to be used, and cannot be used, to avoid federal tax penalties.