IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VENTAS REALTY, LIMITED PARTNERSHIP,<br><br>    Plaintiff,<br><br>v.<br><br>ALC CVMA, LLC, ALC GGMG, LLC, ALC HTIF, LLC, ALC PEDG, LLC, ALC TPCG, LLC, ALC TISSC, LLC, ALC TSKG, LLC, ALC WRWG, LLC, and ASSISTED LIVING CONCEPTS, INC.,<br><br>    Defendants. | No.: 12-cv-3107<br><br>Judge Ronald A. Guzman<br><br>Magistrate Judge Sidney I. Schenkier |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on Friday, June 8, 2012, we filed a true and correct copy of **Ventas Realty, Limited Partnership's Response to All Defendants' Motion for Protective Order from Certain Discovery** electronically in accordance with the Northern District of Illinois General Order on Electronic Case Filing, a copy of which is attached.

Dated: June 8, 2012.

Respectfully submitted,

VENTAS REALTY, LIMITED PARTNERSHIP

By:   /s/ Brandon C. Prosansky
        One of Its Attorneys

Roger H. Stetson
John W. Roberts
Brandon C. Prosansky
Rupa Rajagopalan
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
Tel: (312) 984-3100

## CERTIFICATE OF SERVICE

I, Brandon C. Prosansky, an attorney, hereby certify that on June 8, 2012, service of a copy of the foregoing **Notice of Filing** and **Ventas Realty, Limited Partnership's Response to All Defendants' Motion for Protective Order from Certain Discovery** was accomplished pursuant to ECF as to Filing Users upon the following:

> Leonard S. Shifflett
> Quarles & Brady LLP
> 300 North LaSalle Street
> Suite 4000
> Chicago, Illinois 60654

>> /s/ Brandon C. Prosansky
>> Brandon C. Prosansky

787257_1.DOC