IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VENTAS REALTY, LIMITED PARTNERSHIP, | ) ) ) |
| Plaintiff, | ) ) |
| | ) No.: 12-cv-3107 |
| v. | ) ) |
| | ) Judge Ronald A. Guzman |
| ALC CVMA, LLC, ALC GGMG, LLC, ALC HTIF, LLC, ALC PEDG, LLC, ALC TPCG, LLC, ALC WRWG, LLC, and ASSISTED LIVING CONCEPTS, INC., | ) ) Magistrate Judge Sidney I. Schenkier ) ) ) |
| Defendants. | ) |

**STIPULATION FOR ORDER DISMISSING LAWSUIT**

All parties to this action, by their respective attorneys, hereby stipulate and agree that the above lawsuit, together with all of its claims and causes of action, may be dismissed with prejudice, but without fees or costs to any of the parties. The parties request that the Court enter an order implementing this dismissal without further notice to any of the parties.

Dated this 20th day of June, 2012.

/s/Roger H. Stetson_____
Roger H. Stetson
ARDC #6279862
Brandon C. Prosansky
Rupa Rajagopalan
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606

Attorneys for Plaintiff

/s/ John A. Rothstein
John A. Rothstein
US Dist. Ct. N. D. Ill Bar No.1004356
QUARLES & BRADY LLP
411 E. Wisconsin Ave.
Milwaukee, WI 53202
414-277-5351
John.Rothstein@quarles.com

Leonard S. Shifflett
ARDC # 2587432
QUARLES & BRADY LLP
300 N. LaSalle St. Suite 4000
Chicago, IL 60654-3406
312-715-5000
Leonard.Schifflett@quarles.com

**Attorneys for all Defendants**