# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Ventas Realty, Limited Partnership

                                        Plaintiff,

v.                                                                                                               Case No.: 1:12–cv–03107
                                                                                                            Honorable Ronald A. Guzman

ALC CVMA, LLC, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 21, 2012:

      MINUTE entry before Honorable Ronald A. Guzman: Pursuant to parties' stipulation to dismiss, it is hereby ordered that this case is dismissed with prejudice, but without attorneys' fees or costs to any of the parties. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.