# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Ventas Realty, Limited Partnership

                        Plaintiff,

v.                                               Case No.: 1:12–cv–03107

                                                        Honorable Ronald A. Guzman

ALC CVMA, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 20, 2012:

      2 is stricken and the referral to the magistrate judge is hereby terminated. Mailed notice.(jj, )MINUTE entry before Honorable Sidney I. Schenkier: The parties having filed a stipulation asking that the suit be dismissed in its entirety with prejudice and without fees or costs [52], the status hearing set before the magistrate judge for 8/22/1

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.